**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* ____________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | MedCare Pediatric Rehab Center, LP | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | d/b/a MedCare Centers for Counseling and Play Therapy<br>Medcare ABA Therapy | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 20-4008770 | |
| 4. | **Debtor's address** | **Principal place of business**<br>12371 S. Kirkwood Road<br>Stafford, TX 77477<br>Number, Street, City, State & ZIP Code<br>Fort Bend<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | http:\medcarepediatric.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **MedCare Pediatric Rehab Center, LP**
Name

Case number (*if known*) ____________

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6216**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________

District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **See Attachment** Relationship ____________

District ____________ When ____________ Case number, if known ____________

Debtor **MedCare Pediatric Rehab Center, LP**
Name

Case number (*if known*) ______________

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________

Where is the property? ______________

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency ______________

Contact name ______________

Phone ______________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **MedCare Pediatric Rehab Center, LP**
Name

Case number (*if known*) ____________

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/28/20
MM / DD / YYYY

X ____________
Signature of authorized representative of debtor

**Lauren Paige Kinkade**
Printed name

Title **President of Gen. Partner, MedCare Pediatrict Rehab GP, LLC**

**18. Signature of attorney**

X ____________
Signature of attorney for debtor

Date 2/28/20
MM / DD / YYYY

**Matthew B. Probus**
Printed name

**Wauson Probus**
Firm name

**One Sugar Creek Center Blvd., Suite 880**
**Sugar Land, TX 77478**
Number, Street, City, State & ZIP Code

Contact phone **281-242-0303** Email address **mbprobus@w-plaw.com**

**16341200 TX**
Bar number and State

Debtor MedCare Pediatric Rehab Center, LP
Name

Case number (*If known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (*If known*) Chapter 11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **MedCare Pediatric Group, LP** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | **3/01/20** | Case number, if known | |
| Debtor | **MedCare Pediatric Nursing, LP** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | **3/01/20** | Case number, if known | |
| Debtor | **MedCare Pediatric Therapy, LP** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | **3/01/20** | Case number, if known | |

**UNANIMOUS WRITTEN CONSENT OF MEDCARE PEDIATRIC REHAB CENTER, LP**
**A Texas Limited Partnership**

**February 28, 2020**

*********************************************************************************************************

**THE UNDERSIGNED,** being all of the managers of MedCare Pediatric Rehab GP, LLC, a Texas limited liability company (the "General Partner"), being the general partner of MedCare Pediatric Rehab Center, LP (the "Partnership"), do hereby consent to adoption of the following resolutions:

**RESOLVED,** that the General Partner of the Partnership have decided that it is in the best interests of the Partnership and its limited partners that the Partnership file for protection under Chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED,** that:

1. The Partnership, by and through the General Partner, is authorized and directed to take such steps as are necessary to file a Chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and all other pleadings necessary to the bankruptcy case.

2. The Partnership, by and through the General Partner of this Partnership, is authorized and directed to execute and deliver on behalf of this Partnership and in its name any documents necessary in the course of the bankruptcy case, to hire professionals as are necessary to the case, and to do any and all acts and things necessary to carry out, perform, and consummate a reorganization under Chapter 11 of the United States Bankruptcy Code.

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent of MedCare Pediatric Rehab Center, LP effective as of the date set forth above.

**MedCare Pediatric Rehab GP, LLC, General Partner of**
**MedCare Pediatric Rehab Center, LP**

______________________________
Lauren Paige Kinkade, Manager

______________________________
Steve Wang, Manager

# LIST OF CREDITORS

Veritex Bank, N.A.
8214 Westchester Drive, Suite 800
Dallas, Texas 75225

Harris Co. MUD #53
P.O. Box 24338
Houston, TX 77229

Interstate MUD
P.O. Box 1368
Friendswood TX 77549-1368

United Healthcare
2000 West Loop South, Suite 900
Houston, Texas 77027

Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

IRS
Attn: Carrie Holdinsky
1919 Smith Street
Mail Stop 4500-HOU
Houston, TX 77002-8049