**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 20-31421 (JPN)** |
| **MEDCARE PEDIATRIC REHAB CENTER, LP,** | § | **(Chapter 11)** |
| | § | |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtor.** | § | |

**MEDCARE PEDIATRIC REHAB CENTER, LP'S AMENDED PARTIAL OBJECTION TO PROOF OF CLAIM NO. 4 OF UNITED HEALTHCARE INSURANCE COMPANY**

**THIS IS AN OBJECTION TO YOUR CLAIM. THIS OBJECTION ASKS THE COURT TO DISALLOW THE CLAIM THAT YOU FILED IN THIS BANKRUPTCY CASE. IF YOU DO NOT FILE A RESPONSE WITHIN 30 DAYS AFTER THE OBJECTION WAS SERVED ON YOU, YOUR CLAIM MAY BE DISALLOWED WITHOUT A HEARING.**

**A HEARING HAS BEEN SET ON THIS MATTER ON NOVEMBER 4, 2020 AT 11:00 A.M. IN COURTROOM 403, 515 RUSK AVENUE, 4TH FLOOR, HOUSTON, TEXAS 77002.**

TO THE HONORABLE JEFFREY P. NORMAN, U.S. BANKRUPTCY JUDGE:

COMES NOW, MEDCARE PEDIATRIC REHAB CENTER, LP (the "Debtor"), and makes this its MedCare Pediatric Rehab Center, LP's Amended Partial Objection to Proof of Claim No. 4 of United Healthcare Insurance Company, pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Bankruptcy Rule 3007, and in support thereof would show this Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a). This matter is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). This Court has venue over this matter pursuant to 28 U.S.C. § 1409(a). This Court has the constitutional authority to enter a

final order in this matter. If for any reason this Court does not have such authority, the Debtor consents to the entry of a final order by the Bankruptcy Court.

2. On March 9, 2020, United Healthcare Insurance Company ("United") filed a nonpriority, unsecured proof of claim (Claim No. 4) in the amount of $55,062.49 for alleged unpaid premiums for an employee benefit program. A copy of United's proof of claim is attached as Exhibit A.

3. The Debtor objects to the United Claim on the basis that the claim is incorrect. The Debtor conducted an audit of the premiums due for each of the employees under the plan, and the total amount unpaid is $32,615.79. A copy of that detailed audit is attached as Exhibit B.

4. This Court should enter an order allowing Claim No. 4 of United in the amount of $32,615.79 only and disallowing all other amounts.

WHEREFORE, PREMISES CONSIDERED, the Movant, MedCare Pediatric Rehab Center, LP, Chapter 11 Debtor, respectfully requests that this Court grant this Objection to Proof of Claim No. 4 filed by United Healthcare Insurance Company and allow the claim in the amount of $32,615.79.

Respectfully submitted,

**WAUSON | PROBUS**

By: /s/ Matthew B. Probus
**Matthew B. Probus**
Tex. Bar No. 16341200
Fed. I.D. No. 10915
Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR THE DEBTOR,*
*MEDCARE PEDATRIC REHAB CENTER, LP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the claimant on September 29, 2020, via United States certified mail, return receipt requested and United States regular mail, postage prepaid first class and electronically as follows:

**Claimant**
United Healthcare Insurance Company
Attn: CDM/Bankruptcy
185 Asylum Street – 03B
Hartford, CT 06103
Jayson_ronning@uhc.com

In addition, I hereby certify that a true and correct copy of the foregoing has been served upon those persons listed below on September 29, 2020, via ECF/PACER system and United States regular mail, first class postage prepaid:

**Debtor**
MedCare Pediatric Rehab Center, LP
12371 S. Kirkwood Rd.
Stafford, Texas 77477

**US Trustee**
Hector Duran
Office of United States Trustee
515 Rusk Street, Room 3516
Houston, Texas 77002

**Parties Requesting Notice:**
Melissa E. Valdez
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West, Suite 600
Houston, TX 77008

Tara Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Shelley Marmon
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019

Jason B. Binford
J. Casey Roy
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548

/s/ Matthew B. Probus