ENTERED
10/28/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 20-31421 (JPN)** |
| **MEDCARE PEDIATRIC REHAB CENTER, LP,** | § | **(Chapter 11)** |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

**ORDER ALLOWING IN PART AND DISALLOWING IN PART**
**<u>PROOF OF CLAIM NO. 4</u>**
**[Ref. Doc. No. 13 and Claim No. 4 in Case No. 20-31421]**

CAME ON this day MedCare Pediatric Rehab Center, LP's Objection to Proof of Claim No. 4 of United Healthcare Insurance Company Filed in Case No. 20-31421 and the parties having reach an agreement on an allowed claim amount, it is:

ORDERED, that Proof of Claim No. 4 of United Healthcare Insurance Company is ALLOWED in the amount of $32,615.79 and DISALLOWED in all other amounts.

Signed: October 28, 2020

Jeffrey P. Norman
United States Bankruptcy Judge

UNITED HEALTHCARE INSURANCE COMPANY

Jay Ronning
Sr. Financial Analyst - Bankruptcy
UnitedHealthcare Payment Integrity
Credit and Delinquency Management
185 Asylum Street – 03B
Hartford, CT 06103
(952) 979-6215

MEDCARE PEDIATRIC GROUP, LP

*//s// Matthew B. Probus*

Matthew B. Probus
Tex. Bar No. 16341200
Fed. I.D. No. 10915
Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)
*ATTORNEYS FOR THE DEBTOR,*
*MEDCARE PEDIATRIC REHAB CENTER, LP*