ENTERED
12/08/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 20-31417 (JPN)** |
| **MEDCARE PEDIATRIC GROUP, LP, et al,** | § | **(Chapter 11)** |
| | § | **(Jointly Administered)** |
| **Debtor.** | § | |
| **MEDCARE PEDIATRIC NURSING, LP,** | § | **CASE NO. 20-31419 (CML)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 20-4007791** | § | |
| **MEDCARE PEDIATRIC REHAB CENTER, LP,** | § | **CASE NO. 20-31421 (JPN)** |
| | § | **(Chapter 11)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 20-4008770** | § | |
| **MEDCARE PEDIATRIC THERAPY, LP,** | § | **CASE NO. 20-31423 (EVR)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 20-4008566** | § | |
| **KINKADE-WANG ENTERPRISES, LLC,** | § | **CASE NO. 20-31424 (JPN)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 26-2643352** | § | |
| **KINKADE-WANG PROPERTIES, LLC,** | § | **CASE NO. 20-31426 (JPN)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 26-2796081** | § | |

| | | |
|---|---|---|
| **KINWAN, LLC,** | § | **CASE NO. 20-31427 (CML)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 82-4055891** | § | |

| | | |
|---|---|---|
| **KW COMMERCIAL HOLDINGS, LLC,** | § | **CASE NO. 20-31428 (EVR)** |
| | § | **(Chapter 11)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. 47-3760960** | § | |

**FINAL DECREE**
**[Ref. Docket No. 247]**

The estates of the debtors have been fully administered. Therefore, it is:

ORDERED, that the chapter 11 cases of MEDCARE PEDIATRIC GROUP, LP, MEDCARE PEDIATRIC NURSING, LP, MEDCARE PEDIATRIC REHAB CENTER, LP, MEDCARE PEDIATRIC THERAPY, LP, KINKADE-WANG ENTERPRISES, LLC, KINKADE-WANG PROPERTIES, LLC, KINWAN, LLC, AND KW COMMERCIAL HOLDINGS, LLC are CLOSED. Further it is:

ORDERED, that a copy of this order shall be entered in each of the Debtors' cases.

Signed: December 08, 2020

Jeffrey P. Norman
United States Bankruptcy Judge